UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>LUCIO FABELA-GONZALEZ,<br><br>                Defendant. | Case No. 2:02-mj-01047- NJK<br><br>ORDER GRANTING GOVERNMENT'S MOTION TO DISMISS CRIMINAL COMPLAINT PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 48(A) |

     The United States of America, by and through the undersigned attorney, respectfully seeks leave of court pursuant to Federal Rule of Criminal Procedure 48(a) to dismiss the above-captioned case and any outstanding warrant (if any) against Defendant LUCIO FABELA-GONZALEZ. The United States evaluated the age of the case and determined that dismissing the case, and any outstanding warrant, is in the best interest of justice.

///

1

Accordingly, the United States respectfully requests that the Court dismiss the complaint and any outstanding warrant against the above-captioned defendant.

DATED: September 9, 2020

                                                Respectfully submitted,

                                                NICHOLAS A. TRUTANICH
                                                United States Attorney

                                                //s//
                                                CHRISTOPHER BURTON
                                                Assistant United States Attorney

The Government's motion is hereby __GRANTED__.

SO ORDERED:

_____                Dated: September 25, 2020
UNITED STATES MAGISTRATE JUDGE

2